IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARILYN JACKSON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   Civ. A. No. 22-0261-MU |
| | ) |
| KILOLO KIJAKAZI, Acting | ) |
| Commissioner of Social Security, | ) |
| | ) |
|     Defendant. | ) |

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff be awarded attorney's fees in the amount of $2,577.21 under the Equal Access to Justice Act, representing compensation for 10.75 hours of service by William T. Coplin, Jr., at the cost-of-living-adjusted rate of $239.74 per hour.

**DONE** and **ORDERED** this the **8th** day of **November, 2023**.

                                        s/P. BRADLEY MURRAY
                                      **UNITED STATES MAGISTRATE JUDGE**